IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Oscar Garner, 1343591
(full name) (Register No).

Plaintiff(s).

v.

Ashokkumar Chada (Doctor),
(Full name)
Centurion Health Services

Defendant(s).

Case No. _____

Defendants are sued in their (check one):
_X_ Individual Capacity
___ Official Capacity
___ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): South Central Correctional Center, 255 W. Highway 32, Licking, MO 64452

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Oscar Garner  Register No. 1343591
Address South Central Correctional Center, 255 W. Highway 32, Licking, MO 65542

B. Defendant Ashokkumar Chada (Doctor)

Is employed as Doctor At: South Central Correctional Center, 255 W. Highway 32, Licking, MO 65542, Contracted: Centurion Health Services, 7700 Forsyth Blvd., St. Louis, MO 63105.

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:22-cv-03217-BP    Document 1    Filed 08/15/22    Page 1 of 8

III. Do your claims involve medical treatment? Yes ✓ No ___

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $ 30,000/ Each (actual/punitive) Compensatory, Nominal Damages.

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
They were denied, with no recourse.

D. If you have not filed a grievance, state the reasons.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ✓ No ___

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: Oscar Garner          V.    DR. Valerie Walker, et al.
              (Plaintiff)                    (Defendant)
(2) Date filed: 1-4-2☐

2

(3) Court where filed: U.S. Dist. Court Eastern Dist. of Missouri

(4) Case Number and citation: 4:21-cv-00004-JAR

(5) Basic claim made: 8th Amendment/14th Amendment

(6) Date of disposition: Pending

(7) Disposition: Pending
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: N/A
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

1. Garner Arrived At South Central Correctional Center on 4-26-22
2. Garner has been diagnosed with Irritable Bowel Syndrome Before entering the Missouri Dept. of Corrections, in 2022 of March.
3. While housed At Fulton Corrections Garner was Given Nortripaline for pain Regarding Irritable bowel syndrome by Dr. Alfred Garcia on or about 3-24-22.
4. While in Segregation At South Central Corr. Center Around April 29 2022, Garner wrote to the Doctor (Known As Ashoikkumar Chada) Asking to be Seen by him because he was having pain due to Irritable Bowel Syndrome And the pain medication Nortripnline wasn't
SEE Attachment-A

B. State briefly your legal theory or cite appropriate authority:

A. Incorporating 1 thur 20 the defendants Chada violated Garner's right under the 8th Amendment by Refusing to provide Garner pain Medication for his Irritable Bowel Syndrome.

3

Case 6:22-cv-03217-BP    Document 1    Filed 08/15/22    Page 3 of 8

working. Garner received No Response while in Segregation.

5. In May of 2022 Garner wrote to Medical (Doctor Chada) Asking to be seen because he is in pain and can't sleep due to having Irritable Bowel Syndrome and the pain Medication isn't working and he can't use the bathroom and had not used the bathroom in (10) days. He Received no Response.

6. On 6-9-22 Garner was released out of Segregation And didn't know that he had to go to Sick call so he put a Health Service Request to the Box of medical Refill Asking to be seen by the Doctor for pain of I.B.S., Medical Never Responded to his HSR.

7. Garner spoke with a Medical Nurse explaining that he had irritable Bowel Syndrome And was in Severe pain And hurting And had been writting the Doctor Chada And received no Response so She placed Garner on the list to the Doctor (Chada).

8. Once Garner seen Dr. Ashokkumar Chada, Garner told Chada that he was in Severe pain and the pain medication wasn't Working (Nortripaline) And he didn't know if it was the dose however, he was in pain And couldn't Sleep. Chada then told Garner I don't think you Need Any pain medication for Irritable bowel Syndrome I'm just gone take you off of Nortripaline And you should be good with out it, you don't need pain medication for Irritable bowel syndrome.

9. Garner was not on [Any] pain medication And continued to have pain without Any course of Action.

10. Garner went to A Medical sick call for having pain And Can't Sleep And throwing up, due to irritable bowel Syndrome And the Nurse gave Garner Colace 100 mg due to him not using

the bathroom in a week.

11. A day later Garner self declared to medical because he still hadn't used the bathroom and was in severe pain.

12. Garner was placed on the list to see Dr. Chada.

13. While waiting to see Dr. Chada Garner was in continued pain for Irritable Bowel Syndrome, so Garner was given Dicitane at another sick call, which he was still in pain and the medication wasn't and continue to not work.

14. Garner went to medical to see the Doctor Chada about having some kind of pain medication for his Irritable Bowel syndrome, Dr. Chada explained to Garner "you don't need pain medication your type of body can tolerate pain better than most", and gave Garner Bismuth Subsalicylate (262mg) [which is compared to the active ingredient in pepto-Bismol], and Pantoprazole sodium (40mg) for pain along/w

15. Garner continues to experiance pain due to Irritable Bowel Syndrome and the Doctor Chada is denying any pain medication and properly treat the problem with his diagnosis without any reasonable reason nor has Dr. Chada ever examined Garner or listened to his stomach or anything.

16. Garner continues to ask for something that would help with the pain and Dr. Chada hasn't even explained why he would take Garner off of the pain medication (Nortripaline) he was on and not just change the miligram, and has had problems digesting the food.

17. When Garner wrote to Kathy Burton he received no response regarding pain for his Irritable Bowel Syndrome.

Attachment-A (3 of 3)

18. Under Imminent Danger of Serious Physical injury 28 U.S.C.S. § 1915(g) Such a look to history is simply one way a prisoner can make the dispositive showing that the on-going practice, if continued, evidences the likelihood of serious physical injury at the moment the complaint was filed. Past incidents can illustrate that a plaintiff's allegations Are not ridiculous or baseless, as is required under the imminent danger exception.

19. failure to treat appropriately a chronic illness shall constitute Imminent danger of Serious physical injury.

20. Garner continues to be denied any and all treatment by Dr. Chada for pain in Garner's Irritable Bowel Syndrome.

21. Upon Information and belief Doctor Chada is contracted through Centurion Health Service, located: 7700 Forsyth Blvd., St. Louis, Mo 63105.

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

Injunction; to Receive adequate treatment strength Pain medication for Irritable Bowel Syndrome, 30,000 in punitive AN 30,000 in Compensatory Damages And Nominal Damages.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. None

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes___ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court? Yes___ No ✓

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 15th day of August 20 22

Signature(s) of Plaintiff(s)

Oscar Garner #1343541

South Central Corr. Center
255 W. Highway 32
Licking, MO 65542

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this  15th  day of  August  20 22 .

_____
Signature(s) of Plaintiff(s)

Oscar Garner #1343591
South Central Corr. Center
255 N. Highway 32
Licking, MO 65542