# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

OSCAR GARNER,

    Plaintiff,

v.        Case No. 22-03217-CV-S-BP-P

ASHOKKUMAR R CHADA, et al.,

    Defendants.

- ○ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- x **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: This case is summarily dismissed without prejudice for failure to state a claim.

Entered on: October 14, 2022.

        PAIGE WYMORE-WYNN
        CLERK OF COURT

        /s/ K. Willis
        (By) Deputy Clerk